**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Edward Kirk, Jr., Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2022-001823

———————

Appeal From Richland County
D. Craig Brown, Circuit Court Judge

———————

Unpublished Opinion No. 2025-UP-279
Submitted July 16, 2025 – Filed August 6, 2025

———————

**APPEAL DISMISSED**

———————

Appellate Defender Jessica M. Saxon, of Columbia, for
Petitioner.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General D. Russell Barlow, II,
both of Columbia, for Respondent.

———————

**PER CURIAM:** After considering Edward Kirk Jr.'s petition for a writ of
certiorari, this court granted certiorari on Kirk's request for a belated direct appeal
pursuant to *White v. State*, 263 S.C. 110, 208 S.E.2d 35 (1974), and we proceeded

with our review of the direct appeal pursuant to *Anders v. California*, 386 U.S. 738 (1967). After review, this appeal is dismissed. Counsel's motion to be relieved as counsel for the direct appeal is granted.[1]

**APPEAL DISMISSED.**

**VINSON, TURNER, and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.